# UNITED STATES DISTRICT COURT
for the

District of Alaska

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Harry Ericklook<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:23-mj-00595-MMS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 26-October 13, 2023 , at or near  Anchorage  in the
_____  District of  Alaska , the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Attempted Production of Child Pornography |
| 18 U.S.C. § 2422(b) | Attempted Coercion or Enticement |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

NATHAN R ELIZARDO
Digitally signed by NATHAN R ELIZARDO
Date: 2023.10.14 12:00:13 -08'00'

*Complainant's signature*

Special Agent Nathan Elizardo, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__**Telephone**__  *(specify reliable electronic means)*.

Date:  October 14, 2023

*Judge's Signature*

City and state:  **Anchorage Alaska**    Matthew M. Scoble, Chief U.S. Magistrate Judge
*Printed name and title*