IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HARRY ERICKLOOK,<br><br>Defendant. | No. 3:23-mj-00595-MMS |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Nathan Elizardo, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) since February 2023. I am currently assigned to the Resident Agent in Charge (RAC) office in Anchorage, AK. I am authorized both as a customs officer and immigration officer, whose duties include the enforcement of federal criminal statues including but not limited to Titles 8, 18, 19, 21, and 31 of the United States Code. My training to be a Special Agent for HSI took place at the Federal Law Enforcement Training Center (FLETC) for approximately six (6) months. Training topics covered under the HSI academy included constitutional law, extensive fourth amendment law, customs law, and drug smuggling. This training also included instruction in the law of search and seizure under the Fourth Amendment of the United States. I have also received training regarding investigations into the criminal violations relating to child exploitation and child

pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2252, and 2252A. Prior to my tenure at HSI, I was employed as an Officer with Customs and Border Protection (CBP) under DHS from October 2017 to February 2023. Training to be an Officer with CBP also took place at FLETC for approximately five months. Training topics covered under the CBP academy included extensive customs law and immigration law.

2. I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that Harry Ericklook has committed the following federal criminal offenses:

> **Count 1**: That between about September 26-October 13, 2023, within the District of Alaska, at or near Anchorage, the defendant, HARRY ERICKLOOK, attempted to use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using a mean and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and that would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all of which is in violation of 18 U.S.C. § 2251(a).

> **Count 2**: That between about September 26-October 13, 2023, within the District of Alaska, at or near Anchorage, the defendant, HARRY ERICKLOOK, knowingly attempted to use a facility and means of interstate and foreign commerce to persuade, induce, entice, and coerce an individual to engage in sexual activity for which he could be charged with a criminal offense, to wit, sexual abuse of a minor in violation of Alaska Stat. §§ 11.41.436 and 438, in violation of 18 U.S.C. § 2422(b).

3. The facts in this affidavit come from my personal observations, my training and

United States v. Harry Ericklook
Affidavit in Support of Criminal Complaint
Page 2 of 7
Case 3:23-mj-00595-MMS   Document 1-1   Filed 10/17/23   Page 2 of 7

№ 2023104

experience, and information obtained from other agents and witnesses. Because the affidavit is intended to establish probable cause to support a complaint and secure an arrest warrant, I have not included each and every fact known to me concerning this investigation.

## FACTS ESTABLISHING PROBABLE CAUSE

4. Detective Byron Johnson with the North Slope Borough Police Department created the "Undercover Facebook Account" to further investigations into sexual predators targeting children online. The Undercover Facebook Account uses the name of a female and an AI-generated profile picture showing a very young, Caucasian girl with blonde messy hair who looks like she just woke up. She is fully clothed in pajamas and smiling.

5. At approximately 8:02 a.m. on September 23, 2023, Det. Johnson was signed into an undercover Facebook account using the name Katie Jackson when he received a message request from Facebook account harry.ericklook.5 with a screen name as "Harry Ericklook". As described more fully below, I believe, based on my training and experience, that this account was being used by ERICKLOOK, and refer to it as such in the remainder of this affidavit.

6. Det. Johnson responded to the message and began a series of conversations with ERICKLOOK. During these conversations, Det. Johnson described himself as a 13 year old girl who had recently moved to Barrow, Alaska from Palmer, Alaska after her parents' divorce.

7. ERICKLOOK continued messaging Det. Johnson until approximately 10:26 p.m. on September 23. At approximately 7:37 p.m., ERICKLOOK told Det. Johnson that he

United States v. Harry Ericklook
Affidavit in Support of Criminal Complaint
Page 3 of 7
Case 3:23-mj-00595-MMS   Document 1-1   Filed 10/17/23   Page 3 of 7

wanted to "Cuddle with you in bed" and said they would be "Warm in our blanket", "No clothes". ERICKLOOK told Det. Johnson, "Wish I was there to lick you all over", clarifying that he wanted to "Lick your bottom part", "Your pussy". At approximately 8:08 p.m., he directed Det. Johnson to "Take a photo of yourself naked". ERICKLOOK continued describing his intended sexual activity with the victim and professing love for her through the rest of the conversation.

8. ERICKLOOK continued messaging Det. Johnson the following day, September 24. In this conversation, ERICKLOOK discussed trying to meet the victim if she was in Anchorage, stating that he would pick her up wherever she was staying. ERICKLOOK also urged the victim to hide their conversations from her mother. ERICKLOOK continued to solicit naked pictures of from the victim. At approximately 10:11 p.m., ERICKLOOK sent a picture of his penis to Katie. ERICKLOOK stated "we'll make it fit" and would "loosen you up". Upon ERICKLOOK's request, Det. Johnson sent an AI-generated, non-sexually explicit image to ERICKLOOK. ERICKLOOK continued to solicit sexually-explicit images from the victim. ERICKLOOK also told the victim he would impregnate her so they could have a child together.

9. On September 25, 2023, ERICKLOOK continued messaging Det. Johnson. He said the he had liked the picture and that he masturbated until he ejaculated. ERICKLOOK told the victim that he could park outside of a volleyball game she was is in town and that she can meet him in the car to have sex. ERICKLOOK agreed that he could to meet her at her hotel room if she did not want her first sexual encounter to occur in a car.

United States v. Harry Ericklook
Affidavit in Support of Criminal Complaint
Page 4 of 7
Case 3:23-mj-00595-MMS   Document 1-1   Filed 10/17/23   Page 4 of 7

10. ERICKLOOK continued messaging Det. Johnson on September 26. During these conversations, Det. Johnson said that the victim's 12 year old friend Maya was also present. ERICKLOOK said that he wanted to see Maya naked and asked for a picture of the two girls naked together. Det. Johnson sent an AI-generated, non-sexually explicit image purporting to be Maya, and ERICKLOOK stated that he wanted to have sex with both girls at the same time. ERICKLOOK also sent directed the girls to engage in sexual activity with each other, and asked "Maya" to send him a picture of her "Pussy".

11. On September 27, ERICKLOOK solicited additional naked pictures of the victim and sent another picture of his penis.

12. Between September 29 and October 4, Det. Johnson did not respond to any of ERICKLOOK's messages. Det. Johnson later explained that the victim had been grounded during this period for not doing her homework.

13. On October 4, 2023, the conversations resumed, and continued until October 12. ERICKLOOK continued to describe the sex acts he intended to perform on the victim and to solicit sexually explicit images.

14. Over the course of these conversations, Det. Johnson described the victim as 13 years old at least 6 times.

15. ERICKLOOK subsequently appeared to block the Undercover Facebook Account.

16. Physical surveillance on ERICKLOOK's residence indicates that he did not depart his residence at the time of the arranged meeting.

17. Physical surveillance instead observed ERICKLOOK departing his residence and

United States v. Harry Ericklook
Affidavit in Support of Criminal Complaint

driving to a pharmacy in midtown Anchorage. Agents contacted him before he returned to his apartment, and ERICKLOOK agreed to an interview.

18. In the interview, ERICKLOOK admitted that he had been the person communicating with the Undercover Facebook Account. ERICKLOOK acknowledged that he had done so for his sexual gratification, and admitted sending photographs of his penis. ERICKLOOK admitted to formulating the plan to meet the victim at her hotel room on October 13 and encouraging her to come. ERICKLOOK further admitted to encouraging the victim and her friend to engage in sexual activity with one another, and to send him pictures of their genitals.

## CONCLUSION

19. For the reasons described above, based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Harry Ericklook has committed the offenses in the attached complaint. Accordingly, I ask the Court to issue the complaint and a warrant for Harry Ericklook's arrest in accordance with Federal Rule of Criminal Procedure 4(a).

United States v. Harry Ericklook
Affidavit in Support of Criminal Complaint
Page 6 of 7
Case 3:23-mj-00595-MMS   Document 1-1   Filed 10/17/23   Page 6 of 7

RESPECTFULLY SUBMITTED,   

Nathan Elizardo
Special Agent, HSI

Affidavit submitted via PDF and attested to me as true and accurate pursuant to Fed. R. Crim. P. 4.1 on     October 14, 2023                              .

The Hon. Matthew M. Scoble
Chief U.S. Magistrate Judge

United States v. Harry Ericklook
Affidavit in Support of Criminal Complaint